# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137579

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FIRST NATIONAL BANK OF CRYSTAL
FALLS,
          Plaintiff/Counter-Defendant/
          Appellee,

v

          SC: 137579
          COA: 285187
          Iron County CC: 02-002122-CH

ROBERT G. KOSKI and CAROLYN KOSKI,
          Defendants/Counter-Plaintiffs/
          Appellants,

and

UNITED STATES DEPARTMENT OF
TREASURY,
          Defendant/Counter-Plaintiff/
          Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

Clerk

s0217